UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RAWLEIGH FISHER ET AL** | **CASE NO. 2:21-CV-01105** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S A A INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion for Summary Judgment [doc. 21] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 28th day of October, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**